http://www.courts.state.md.us/legalhelp/traffic.html

Annapolis, MD 21401

OR

**Option C: Ask for a trial to plead "not guilty"**

- Check the "Request a Trial" box on the ticket.
- Sign and date the ticket.
- Mail the ticket to:
  District Court Traffic Processing Center
  P. O. Box 6676
  Annapolis, MD 21401

If you lost your ticket, you can use the Lost or Missing Citation Option Form (/district/forms/trafficcitation/dr0490.pdf) (DR-490) to select any of the above three options.

The Maryland Motor Vehicle Administration may assess points on your license if you plead guilty or the court finds you guilty of the violation.

If you don't respond within 30 days, the District Court will notify the Motor Vehicle Administration to begin the driver's license suspension process.

If the police officer did not check "This is a payable citation" on your traffic ticket, you must appear in court for trial (for example, in a DUI case). The court will mail you a summons informing you of the trial date.

**What happens at traffic court?**

If you requested a waiver hearing or trial, the District Court will mail you a date to appear in court.

| Waiver Hearing | Trial |
|---|---|
| In a waiver hearing you can ask the judge to reduce or waive your fine. You can also ask the | The officer who issued your ticket will testify, and you will have an opportunity to present your side of the |

http://www.courts.state.md.us/legalhelp/traffic.html

court to give you probation instead of a conviction. There is a possibility that your fine could be increased, up to a maximum of $500.

You can explain to the judge why you committed the offense, or explain extenuating circumstances.

case. You may present witnesses' testimony or other evidence. You are responsible for alerting your witnesses of the date, time, and location of your trial. You may choose to have a lawyer represent you. After hearing all of the evidence, the judge will decide whether you are guilty or not guilty.

==If the court finds you guilty, you have the right to an appeal within 30 days of your trial date==. There are non-refundable court costs for filing an appeal.

If you change your mind and decide you don't want to go to court, you can pay the fine at any time up until your court date to avoid going to court.

If you don't appear for your court date, the District Court will notify the Motor Vehicle Administration to begin the driver's license suspension process.

### What if I receive a Notice to Appear as a witness?
If you receive a Notice to Appear as a witness in a traffic case, the date, time and court location appears on the notice. Call the court the day before the trial date to confirm that the case is still on the docket. If you are unable to appear on the scheduled date, notify the court in writing prior to that date by mail. Include the citation number, defendant's name, trial date and location, a brief explanation of why you are unable to attend, your name and your daytime phone number.

### How long do trials/hearings take?
The length of your trial or hearing can vary by county, and can depend on the number of cases scheduled. Many courts are trying to reduce the time you have to spend in traffic court by scheduling cases on an hourly basis.

### How do I check to see if I have an outstanding suspension?
The Maryland Motor Vehicle Administration (http://www.mva.maryland.gov/) maintains all motor vehicle records, including outstanding suspensions. You can reach the MVA by calling (800) 950-1MVA (out of state (410) 768-7000).

AO 234A (Rev. 03/11)

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

17

| VIOLATION NUMBER | LOCATION CODE | DATE VIOLATION NOTICE ISSUED | AMOUNT DUE |
|---|---|---|---|
| 6046638 | MY11 | 12/12/2016 | $120.00 |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| SPEEDNG 31/20 | CP11DZ |

| UNITED STATES OF AMERICA V. | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| LYNIECE M FULLER<br>40071 BIANCA DR<br>FT DETRICK, MD 21702 | 02/14/2017<br>09:00 AM<br>***IMPORTANT***<br>SEE INSTRUCTIONS BELOW | US MAGISTRATE JUDGE<br>521 FRAIM STREET<br>FORT DETRICK<br>FT DETRICK, MD 21702 |

A violation notice issued to you personally, or placed on your vehicle, remains unanswered. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form in the enclosed envelope with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must mail your payment at least 10 days before the date set for your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A check is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov.

## SPECIAL INSTRUCTIONS

If you need to reschedule the above referenced hearing, send a written request with your reason clearly stated to the United States District Court, CVB Section, 6500 Cherrywood Lane, Suite 200, Greenbelt, MD 20770 or by email to mdd_gbtickets@mdd.uscourts.gov. Your request must be received by the court no later than five business days before the date of the hearing or it will not be considered. Please be advised that you must appear at the hearing on the scheduled date unless you receive notice from the court that your request to reschedule was granted. Direct payments only to the Central Violations Bureau at P.O. Box 71363, Philadelphia, PA 19176-1363. In case of inclement weather, please call 301-344-0660, option 3, to check court operating status.

---

*If payment has been sent, disregard this notice.*
*Detach this portion and return it with your payment*

| U. S. Courts - CVB<br>P.O. Box 71363<br>Philadelphia, PA 19176-1363<br>(800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | AMOUNT DUE |
|---|---|---|---|
| | MY11 | 6046638 | $120.00 |

| DEFENDANT'S NAME AND ADDRESS | TO PAY BY CREDIT CARD, PLEASE COMPLETE THE FOLLOWING: |
|---|---|
| LYNIECE M FULLER<br>40071 BIANCA DR<br>FT DETRICK, MD 21702 | Credit card type: ☐ VISA  ☐ MC  ☐ AMEX  ☐ DISCOVER<br>Card holder name:<br>Credit card number:<br>Telephone number:<br>Expiration date:<br>Signature: |

You may pay on-line at www.cvb.uscourts.gov or you may pay by check or money order made payable to: **Central Violations Bureau**. Write the violation number and location code on your check or money order.