DEFENDANT'S EXHIBIT

CASE NO. 7

EXHIBIT NO.

