06/28/2017

United States District Court
District of Maryland
Case 8:17-CrOD126-TDC

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 5 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

United States of America

v.

Lyniece M. Fuller
 Defendant

Criminal Action No.
TDC-17-0126

## Appeal Memorandum II

To the Honorable Judge Theodore D. Chuang,

I, Lyniece Fuller acting Pro Se, was not aware that an additional appellee other than the one I initially filled with Hearing Attachments, my Motion to Waive the Filing Fee and my Motion to Redact is required. I was also not informed that my case had been docketed. Each time that I called to inquire I was told the status is Pending.

I just received your Order dated June 16, 2017

Case 8:17-Cr-00126TDC
P. 2 of 6

and brought it with me out of town along with other mail. I don't have any of the case documents with me besides they are already a part of the record. Therefore, all that I have to add is stated below.

   Today upon reading the Fee Waiver Order I called the Greenbelt, MD Court and spoke with the case Administrator. She would not provide any information regarding my case and the Order which gave the impression that my appeal and documents were not on file. She finally would only tell me my case is pending. I called back and spoke with 3 other people, the last informing me that I need to submit an appeal brief.

<u>Law</u>
Per Fed. R. Crim. Proc. 58(g)(c)

Additional Procedures in Certain Petty Offense Cases.

(1) Guilty or Nolo Contendere Plea.
The Court must not accept a guilty or nolo contendere plea unless satisfied that the nature of the charge and maximum penalty is understood by the defendant.
— I was urged to take a "PB and J" and plead guilty or nolo contendere, which I was told was the same as pleading guilty. I was told I could be fined up to, I believe, $500 if I didn't plead guilty instead of requesting a hearing.

(4) Notice of Right to Appeal.
After imposing sentence in a case tried on a not-guilty plea, the Court must advise the defendant of a right to appeal.
— I was not advised of my right to appeal, even though I stated that I wish to appeal after hearing the Magistrate Judge's decision. I then asked the Clerks that were at the Hearing and was told to contact Kathy in

in order to purchase a copy of the Hearing transcript. I was told it was required in order to file an appeal. I made several attempts to contact Kathy, realizing that I had a deadline. When I finally reached her she questioned me as to why I didn't just take the PB and J even though I'm not guilty. She eventually told me she had to check the price for the transcripts and would get back with me. After several follow-up attempts I reached her, but she didn't have the information. I called the Baltimore Clerk's office, the place I was told I needed to file my appeal. They told me I didn't need the transcript to file my appeal because the recording will be obtained. During the Hearing I was informed that the recording had malfunctioned so a part of the Hearing was not recorded. I filed my appeal at the Baltimore Clerk's office within 14 days, including Hearing Attachments, a Motion to

Waive the Filing Fee and a Motion to Redact personal information. I served the Prosecutor's office with a copy the same day, by hand delivery, and received a receipt.

(g)(C) Record

For purposes of the appeal, a copy of the record of the proceedings must be made available to a defendant.

- I requested a copy of the record and asked what the procedures are to obtain it. I never received the procedural information or a copy of the record.

Because I received the District Judge's Fee Waiver Order late and was out of town with no access to files when I read it the next day, I request that this Appeal Memo be accepted. Because I timely filed my appeal and evidence proving that I am innocent of the speeding charge, and because I have shown that there were procedural errors that

occurred during my Hearing, I request that the District Judge vacate the Magistrate Judge's guilty verdict, remove all points, fines and fees, find me not guilty and make me whole.

Respectfully Submitted,

*Lyniece Fuller*
Lyniece Fuller
240-397-8893
40071 Branca Dr.
Frederick, MD 21702

United States District Court
District of Maryland
Case 8:17-cr-00126-TDC

| | |
|---|---|
| United States of America<br>V.<br>Lyniece M. Fuller<br>Defendant | Criminal Action No.<br>TDC-17-0126 |

## CERTIFICATE OF SERVICE

I hereby certify that on 06/29/2017, a copy of Appeal Memorandum II, was mailed via first class mail, postage prepaid to Office of the Staff Judge Advocate, 521 Fraim Street, Frederick, MD 21702

06/29/2017
Date

_Lyniece Fuller_
Signature
40071 Branca Dr.
Frederick, MD 21702