# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYNIECE M. FULLER,<br><br>Defendant. | Criminal Action No. TDC-17-0126 |

## ORDER

On March 7, 2017, Defendant Lyniece M. Fuller filed an appeal of her conviction before United States Magistrate Judge Thomas M. DiGirolamo for a traffic offense on Ditto Avenue in Ft. Detrick, Maryland. ECF No. 1. On June 16, 2017, the Court ordered Fuller to file a "memorandum stating the points of law, facts, and authorities on which the appeal is based" within 14 days. ECF No. 9. On July 5, 2017, Fuller filed her memorandum. ECF No. 10.

Pursuant to Local Rule 302.1, the Government has 30 days to file an answer memorandum responding to Fuller's claims. Therefore, the Government's answering memorandum was technically due on August 4, 2017. However, this case was complicated by Ms. Fuller's late filing of her memorandum because she failed to timely pay the filing fee. Accordingly, the Court will grant the Government until **October 31, 2018** to file its answering memorandum. The Court will notify the parties if oral argument is required to resolve this appeal.

Date: October 17, 2018

THEODORE D. CHUANG
United States District Judge